Plaintiffs: Anthony Seawell

v

Defendants:    CA: 04-30231-MAP

Wood Company

1. The plaintiff Anthony Seawell is a resident of Pittsfield, MA, county Berkshire, MA, and a citizen of the United States.

2. The defendant Katherine Sullivan c/o Wood Company / sodexho, co, is a resident of Berkshire county, and citizen of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter.

4. On November 22, 2002, Katherine Sullivan of the sodexho, co / wood, co terminated Plaintiff Anthony Seawell based on a technicality of an in-cident that lead to Anthony Seawell

#2

→ Plaintiff removed from his (my) job after 7½ yrs service.

5) Facts

In my being removed from the Wood, w/ what lead to my dismissal, on a day not very busy but busy enough for workers to be occupied with other task, while observing front and back of the house (Kitchen) I then casually walked to the back door of the kitchen and noticed before helping Fredrick Dennis, saw Brendan Bradshaw and Robert McMenen taking a smoke break 15 min before our official lunch break, and sarcastically said Now that I've stopped smoking you guys are taking all the breaks.

6) Then about 6 min later Brendan Bradshaw came in and started sreaming making these obnoxious statement (perfanity) this is while I was helping Fred Dennis, and he proceeded to get in my face and I told him to get out of my face

(#3)

(5) He then pushed up against me, and told him he'd needed to get out of my space, then Mark Szetela, told him also to back off, I as a supervisor felt that a confrontation would not solve anything, so I went to Kathy Sulliven' after the confrontation and she said she heared, nothing when a co-worker Peter Frey heared him screaming all the way out side while he was cleaning.

(6) After speaking w/ her she said she would look into it and later on the 22, of Nov 2002, I was pulled in to the office w/ the Human resources representative of Sodexho, co stating I was a threat to my co-workers and had to be removed

## Relief

"My request is to be financially compensated for pain & suffering and lost wadges of 2½ - 3 yrs of lost employment, and positions denied.

Clear my name from any allegation that has or will hurt my reputation from getting any employment w/ a Corporate or small company in which I would desire to apply with.

Also letter of recomendation from previous employers of the Wood company / Executive Director Dennis Williams.

(7) Plaintiff demands judgement against the defendant for damages in such relief as the court deems it.

Name: Anthony Seawell
Address: 539 South St
Pittsfield MA 01201
Telephone # 1 (413) 281-1280