*Law Offices of*

# Stavisky & Kelly

8 Fairview Terrace
Great Barrington, MA 01230
413-528-4300
fax 413-528-4306

Arthur Stavisky, Esq.
(1931-2003)

Donna L. Kelly, Esq.
Also admitted in NY

Jennifer Tyne, Esq.
Also admitted in ME

March 16, 2005

Tony Anastas, Clerk of Court
John Joseph Moakley US Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

RE:   DKT: 04-30231-MAP

Dear Clerk Anastas,

    Please be advised that the enclosed summons and complaint was delivered to 87 Alford Road, Great Barrington, Massachusetts yesterday. However, this is not the address of "Wood, Co." or "Katherine Sullivan" or any other person named in the complaint. This is a private residence and is not and never has been the home or location of the defendant named therein. Furthermore, the owner of 87 Alford Road has no knowledge of any "Wood, Co." or "Katherine Sullivan."

    Thank you for your attention to this matter.

Very truly yours,

Jennifer Tyne

Enc.
CC:   Anthony Seawell (w/o enc.)

# United States District Court

_____ DISTRICT OF _____

MAR 18 P 12:04

Anthony Seawell.

Wood, Company

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30231-MAP

**A true copy attest:**
Deputy Sheriff
Date of Service: 3-15-05

TO: (Name and address of defendant)

Wood, Co
87 Alford Rd
Great Barrington, MA 01230

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Seawell
539 South St
Pittsfield, MA
01201

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                November 30, 2004

CLERK                                        DATE

Mary Finn

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                        Signature of Server

                                    _____
                                    Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Plaintiffs: Anthony Seawell

v

Defendants:      04-30231-

Wood Company

1. The plaintiff Anthony Seawell is a resident of Pittsfield, MA, county Berkshire, MA, and a citizen of the United States.

2. The defendant Katherine Sullivan c/o Wood Company / sodexho, co, is a resident of Berkshire county, and citizen of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter.

4. On November 22, 2002, Katherine Sullivan of the sodexho, co / wood, co terminated Plaintiff ~~Anthony Seawell~~ based on a technicality of an incident that lead to Anthony Seawell

→ Plaintiff removal from his (my) job after 7½ yrs service.

5) Facts

In my being removed from the wood, co what head to my dismissal, on a day not very busy but busy enough for workers to be occupied with other task, while observing front and back of the house (kitchen) I then casually walked to the back door of the kitchen and noticed before helping Fredrick Dennis, saw Brendan Bradshaw and Robert McMenon taking a smoke break 15 min before our official lunch break, and sarcastically said Now that I've stopped smoking you guys are taking all the breaks.

⑥ Then about 6 min later Brenden Bradshaw came in and started screaming making these obnoxious statement (profanity) this is while I was helping Fred Dennis, and he proceeded to get in my face and I told him to get out of my face

⑤ He then pushed up against me, and told him he'd needed to get out of my space, then Mark Szetela, told him also to back off, I as a supervisor felt that a confrontation would not solve anything, so I went to Kathy Sulliven' after the confrontation and she said she heared, nothing when a co-worker Peter Frey heared him screaming all the way out side while he was cleaning.

⑥ After speaking w/ her she said she would looked into it and later on the 22, of Nov 2002, I was polled in to the office w/ the Human resources representative of Sodexho, stating I was a threat to my co-workers and had to be removed

Relief

"My request is to be financially compensated for pain & suffering and lost wadges of 2½-3yrs of lost employment, and positions denied.

Clear my name from any allegation that has or will hurt my reputation from getting any employment w/ a Corporate or small company in which I would desire to apply with. Also letter of recomendation from previous employers of the Wood company/Executive Director Dennis Williams.

(7) Plaintiff demands judgement against the defendant for damages in such relief as the court deems it.

Name: Anthony Seawell
Address: 539 South St
         Pittsfield MA 01201
Telephone# (413) 281-1280