UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ANTHONY SEAWELL

V.                                                          CA NO: 04-30231-MAP

WOOD COMPANY


ORDER

JUNE 2, 2005


The above captioned case was filed with this Court on November 30, 2004. On March 18, 2005, the Court received a letter indicating the address where the complaint was served was not correct and the summons were returned to the court unexecuted. To date no answer has been filed, nor any further action taken. Therefore, plaintiff is hereby ordered to file a status report on or before June 20, 2005 as to his intent to proceed with the above captioned case. Failure to do so shall result in the dismissal of the complaint for lack of prosecution.


MICHAEL A. PONSOR
U.S. DISTRICT JUDGE


/s/Elizabeth A. French

Elizabeth A. French
Deputy Clerk