UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANTHONY SEAWELL

V.                                  CIVIL ACTION NO:  04-30231-MAP

WOOD COMPANY

ORDER

JUNE 23, 2005

PONSOR, D.J.

Pursuant to the Order entered by the Court on June 2, 2005 and failure to comply, it is hereby ordered that the above-captioned case be dismissed.

It is so ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U.S. DISTRICT JUDGE